ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXIBIT A: ASHTON AARON COLEMAN NAME CHANGE ORDER

348

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF LYNCHBURG

IN THE MATTER OF THE CHANGE OF NAME

OF ASH ONYX AURYN COLEMAN

TO ASHTON AARON COLEMAN

CL11005450-32

Petitioner has applied for a change of name. Upon the petition, under oath, the court adjudges that the petitioner is a resident of the city of Lynchburg, Virginia; that petitioner was born in Lynchburg, VA, on May 31, 1980, and was given the name of Ashley Cary Coleman; was born to parents Thomas Ashley Coleman and Edna Cary Coleman whose maiden name was Edna Helen Cary; has previously been convicted of a felony on the 29th of August, 2001; is not a probationer; has previously changed the birth name to Ash Onyx Auryn Coleman in the city of Lynchburg, VA on the 9th of September, 1998; and does not seek this change of name for a fraudulent purpose, nor will the change otherwise infringe upon the rights of others.

It is accordingly ORDERED that the name of Ash Onyx Auryn Coleman is changed to Ashton Aaron Coleman, effective this date.

The clerk will comply with the provisions of Virginia Code Section 8.01-217.

Enter this    2    day of    June   , 2011.

_____
JUDGE

Requested by:
_____
Petitioner

Copy, Teste:
Eugene C. Wingfield, Clerk

_____ Deputy Clerk