ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXHIBIT B: ASHTON AARON COLEMAN RESTORATION OF CIVIL RIGHTS



# COMMONWEALTH of VIRGINIA
## Executive Department

### TO ALL TO WHOM THESE PRESENTS SHALL COME --- GREETINGS:

**WHEREAS, Ashton Aaron Coleman**, after being convicted and sentenced for crime(s) at the dated hearing(s) held in and for the city or county court(s) noted below:

**City of Lynchburg Circuit Court**
**August 29, 2001** Breaking and Entering with Intent to Commit a Felony (2 counts), Grand Larceny

**County of Amherst Circuit Court**
**September 5, 2001** Conspiracy to Commit Felony

**WHEREAS, Ashton Aaron Coleman**, by reason of conviction(s), suffers political disabilities, to wit: denial of the right to vote, to hold public office, to serve on a jury, to be a notary public and to ship, transport, possess or receive firearms; and

**WHEREAS**, it appears that all sentence obligations have been fulfilled and it seems appropriate to the Executive to remove certain of his political disabilities by restoring his right to vote, hold public office, serve on a jury, and to be a notary public;

**NOW, THEREFORE**, I, Robert F. McDonnell, Governor of the Commonwealth of Virginia, by virtue of the authority vested in me, do hereby remove the political disabilities, except the right to ship, transport, possess or receive firearms, under which he labors by reason his conviction(s) as aforesaid, and do hereby restore his rights to vote, hold public office, serve on a jury, and to be a notary public.

Given under my hand and under the Lesser Seal of the Commonwealth at Richmond, on February 23, 2012 in the 236th year of the Commonwealth.

*[signature]*
**Governor of Virginia**

*Janet V. Polarek*
**Secretary of the Commonwealth**