ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXHIBIT C: ASHTON AARON COLEMAN RELEASE FROM PROBATION




# COMMONWEALTH of VIRGINIA

ALLIED ARTS BLDG.
2ND & 3RD FLOORS
725 CHURCH STREET

P. O. BOX 1018
LYNCHBURG, VIRGINIA 24505-1018

Department of Corrections
Adult Community Corrections
Adult Probation and Parole
District 13

PHONE: 947-6651

March 25, 2004

Ash Onyx Auryn Coleman
3881 Peakland Place
Lynchburg, VA 24503

Dear Mr. Coleman:

Effective March 4, 2004, you have been discharged from probation.

Although you are being discharged from probation, you are still subject to the Federal Gun Law and a State of Virginia law pertaining to firearms. Since you were convicted of a felony, you are prohibited by the Federal Gun Law from buying, owning, or possessing a firearm. Also, according to Virginia law, if you have been convicted of a felony in Virginia or any other jurisdiction, you are prohibited from possessing or transporting a firearm.

Because you were convicted of a felony, you lost certain civil rights, which include the right to vote, serve on a jury, run for public office, and serve as a notary. The enclosed Restoration of Civil Rights Information form explains the process of applying to have these rights restored to you.

If your political disabilities are restored by the Governor of Virginia, and **if this restoration specifically allows firearm possession**, this restoration would satisfy both State and Federal requirements regarding firearm possession. However, if the Governor's restoration does not specify firearm possession, the Bureau of Alcohol, Tobacco, and Firearms will not consider your State rights regarding firearms restored and will not investigate for Federal restoration.

If you have any questions about this, please contact me.

Sincerely,

Kelly L. Gouldthorpe

Kelly L. Gouldthorpe
Probation and Parole Officer

KLG/bhs

Enclosure