ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXHIBIT D: ASHTON AARON COLEMAN RESTORATION OF FIREARMS RIGHTS ORDER

VIRGINIA: IN THE CIRCUIT COURT FOR THE COUNTY OF BEDFORD

ASHTON AARON COLEMAN
Social Security Number: 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

    Petitioner

CL12000394-00

v.

                                       ORDER
COMMONWEALTH OF VIRGINIA,    APRIL 6, 2012

    Respondent

This cause came to be heard upon the petitioner's motion for restoration of his privilege to possess firearms in accordance with Virginia Code Section 18.2-308.2C; and upon review of his exhibits and evidence in this matter and for good cause shown, it is

**ADJUDGED, ORDERED** and **DECREED**, that Ashton Aaron Coleman is hereby granted the privilege to lawfully possess firearms within the Commonwealth of Virginia as provided specifically in Virginia Code Section 18.2-308.2C, 1950, as amended. This matter is ended and dismissed from the docket.

ENTER this \_\_\_6th\_\_\_ day of \_\_\_April\_\_\_, 2012.

_____
                            JUDGE

I ASK FOR THIS:

_____
   Petitioner

CC: COLEMAN  &gt; 4/6/12 - BK
     CWA
     VSP

Hogan - 4/6/12 - aB

TOTAL P.02