ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXHIBIT E: ASHTON AARON COLEMEN CONCEALED WEAPONS LICENSES



