ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXHIBIT F: APPLICATION TO MAKE AND REGISTER SHORT BARREL RIFLE SERIAL NUMBER G0007151

2018129853

6/26/2018

Examiner: SDSIVIERO

COLEMAN

3943 W RENE DR

CHANDLER, AZ 85226

FORM 1

Trade Name:

COLEMAN

Fiche Number: 18-043-1183

SN: G0007151

Additional Control # (if available)

2018129853

For Informational Purposes Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0011 (06/30/2019)

# Application to Make and Register a Firearm

**ATF Control Number**

**To:** National Firearms Act Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, P.O. Box 530298, Atlanta, GA 30353-0298
*(Submit in duplicate. See instructions attached.)*

As required by Sections 5821(b), 5822, and 5841 of the National Firearms Act, Title 26 U.S.C., Chapter 53, the undersigned hereby submits application to make and register the firearms described below.

2. Application is made by: ☑ INDIVIDUAL ☐ TRUST or LEGAL ENTITY ☐ GOVERNMENT ENTITY

3a. Trade name *(If any)*

3b. Applicant's name and mailing address *(Type or print below and between the dots) (See instruction 2d)*
ASHTON A COLEMAN
3943 W. RENE DR.
CHANDLER, AZ 85226

3c. If P.O. Box is Shown Above, Street Address Must Be Given Here

3d. County: MARICOPA
3e. Telephone area code and number: 434-401-9453
3f. e-mail address (optional): ashton.a.coleman@gmail.com

1. Type of Application *(Check one)*

☑ a. Tax Paid. Submit your tax payment of $200 with the application. The tax may be paid by credit or debit card, check, or money order. Please complete item 17. Upon approval of the application, we will affix and cancel the required National Firearms Act Stamp. *(See instruction 2c and 3)*

☐ b. Tax Exempt because firearm is being made on behalf of the United States, or any department, independent establishment, or agency thereof.

☐ c. Tax Exempt because firearm is being made by or on behalf of any State or possession of the United States, or any political subdivision thereof, or any official police organization of such a government entity engaged in criminal investigations.

4. Description of Firearm *complete items a through i) (See instruction 2j)*

| a. Name and Address of Original Manufacturer and/or Importer of Firearm (if any) | b. Type of Firearm to be made *(See definition 1c) If a destructive device, complete item 4j* | c. Caliber or Gauge *(Specify one)* | d. Model | e. Length *(Inches)* Of Barrel: | f. Overall | g. Serial Number |
|---|---|---|---|---|---|---|
| IWI US., INC HARRISBURG, PA | SHORT BARREL RIFLE | 7.62X39 | GALIL ACE SAR | 8.3 | 26.3" | G0007151 |

h. Additional Description *(Include all numbers and other identifying data to include maker's name, city and state which will appear on the firearm) (use additional sheet if necessary)*

i. State Why You Intend To Make Firearm *(Use additional sheet if necessary)*
INVESTMENT AND COLLECTION

DISAPPROVED

j. Type of destructive device (check one box): ☑ Firearm ☐ Explosives *(if the Explosives box is checked, complete item 5 and see instruction 2l)*

If an explosive type destructive device, identify the type of explosive(s):

k. Is this firearm being reactivated? ☐ Yes ☑ No *(See definition 1k)*

5. Applicant's Federal Firearms License *(If any) or* Explosives License or Permit Number *(Give complete 15-digit Number)*

6. Special *(Occupational)* Tax Status *(If applicable) (See definitions)*
a. Employer Identification Number
b. Class

**Under Penalties of Perjury, I Declare** that I have examined this application, including accompanying documents, and to the best of my knowledge and belief it is true, accurate and complete and the making and possession of the firearm described above would not constitute a violation of Title 18, U.S.C., Chapter 44, Title 26, U.S.C., Chapter 53; or any provisions of State or local law.

7. Signature of Applicant: [signature]
8. Name and Title of Authorized Official: ASHTON A COLEMAN - OWNER
9. Date: 01/30/2018

**The space below is for the use of the Bureau of Alcohol, Tobacco, Firearms, and Explosives**

By authority of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, this application has been examined and the applicant's making and registration of the firearms described above is:

☐ Approved *(With the following conditions, if any)*

☑ Disapproved *(For the following reasons)*
Background

Authorized ATF Official: Sharon Siviero [signature]

Date: JUN 26 2018

Previous Editions are Obsolete

Refund request submitted

DISAPPROVED

ATF Copy 2 - To Be Returned to Registrant

ATF E-Form 1 (5320.1)
Revised May 2016

**MAKER'S CERTIFICATION** *(not completed by a GOVERNMENT ENTITY)*

**10. Law Enforcement Notification** ***(See instruction 2g)***

Each applicant is to provide notification of the proposed making and possession of the firearm described on this Form 1 by providing a copy of the completed form to the chief law enforcement officer in the agency identified below:

| Agency or Department Name | Name and Title of Official |
|---|---|
| MARICOPA COUNTY SHERIFF'S OFFICE | SHERIFF PAUL PENZONE |

Address (Street address or P.O. Box, City, State and Zip Code) to which sent (mailed or delivered))

550 W. JACKSON ST
PHOENIX, AZ 85003

**Information for the Chief Law Enforcement Officer**

This form provides notification of the applicant's intent to make and register a National Firearms Act (NFA) firearm. No action on your part is required. However, should you have information that may disqualify this person from making or possessing a firearm, please contact the NFA Branch at (304) 616-4500 or NFA @atf.gov. A "Yes" answer to items 11.a through 11.h or 13.a or 13.b could disqualify a person from acquiring or possessing a firearm. Also, ATF will not approve an application if the making or possession of the firearm is in violation of State or local law.

**Maker's Questions** *(complete only when the maker is an individual)*

A maker who is an individual must complete this Section.

11. Answer questions 11.a. through 11.j. Answer questions 13 through 14 if applicable. For any "Yes" answer the applicant shall provide details on a separate sheet. *(See instruction 7c and definitions)*

| | Yes | No |
|---|---|---|
| a. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See definition 1n)* | | ✓ |
| b. Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See definition 1n)* | | ✓ |
| c. Are you a fugitive from justice? *(See definition 1t)* | | ✓ |
| d. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | | ✓ |
| e. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See definition 1o and 1p)* | | ✓ |
| f. Have you been discharged from the Armed Forces under **dishonorable** conditions? | | ✓ |
| g. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such a partner? *(See definition 1q)* | | ✓ |
| h. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See definition 1r)* | | ✓ |

12. Photograph

13a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.) (See definition 1s)*

☑ United States of America ☐ Other Country/Countries *(specify)*:

| | Yes | No |
|---|---|---|
| b. Have you ever renounced your United States citizenship? | | ✓ |
| c. Are you an alien illegally or unlawfully in the United States? | | ✓ |
| d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | ✓ |
| d.2. If "yes", do you fall within any of the exceptions stated in the instructions? Attach the documentation to the application ☑ N/A | | |

14. If you are an alien, record your U.S.-Issued Alien or Admission number (AR#, USCIS#, or 194#):

**CERTIFICATION: Under penalties imposed by 18 U.S.C. § 924 and 26 U.S.C. § 5861, I certify that, upon submission of this form to ATF, a completed copy of this form will be directed to the chief law enforcement officer (CLEO) shown in item 10, that the statements, as applicable, contained in this certification, and any attached documents in support thereof, are true and correct to the best of my knowledge and belief. NOTE: See instructions 2.d(2) and 2.d(3) for the items to be completed depending on the type of applicant.**

Signature of Maker

01/30/2018
Date

ATF Copy 2 - To Be Returned to Registrant



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*National Firearms Act Branch*

*244 Needy Road*
*Martinsburg, WV 25405*

*June 26, 2018*

www.atf.gov

Ashton A. Coleman
3943 W. Rene Dr.
Chandler, AZ 85226

Mr. Coleman,

This letter responds to your recent submission of an ATF Form 1, Application for Tax Paid Transfer and Registration of a Firearm. Specifically, you are listed as the transferee on the ATF Form 1 and therefore seek possession of a Short Barrel Rifle-G0007151.

The GCA, 18 U.S.C. § 922(g), prohibits certain persons from shipping, transporting, possessing, or receiving firearms. These are known collectively as "prohibited persons." The NFA, 26 U.S.C. § 5812, requires that an application to transfer NFA firearms "*shall be denied if the transfer, receipt, or possession of the firearm would place the transferee in violation of law.*" This includes any transfers to individuals who are prohibited from possessing firearms pursuant to 18 U.S.C. § 922(g).

Because ATF is prohibited from approving any transfer to a prohibited person, the NFA implementing regulations require that "in addition to any other records checks that may be conducted to determine whether the transfer, receipt, or of a firearm would place the transferee in violation of law, the Director shall contact the National Instant Criminal Background Check System."

The National Instant Criminal Background Check System (NICS) was created by section 103 of the Brady Handgun Violence Prevention Act of 1993 (Brady Act), 103 P.L. 159. NICS is a name check system that queries available records in the National Crime Information Center (NCIC), the Interstate Identification Index (III), and the NICS Index to determine if prospective firearm purchasers are disqualified from receiving or possessing firearms. When FBI/NICS informs ATF that their records indicate that an individual is a prohibited person, a NICS Transaction Number (NTN) is assigned to the individual. Federal law requires that ATF deny any application to transfer firearms to that individual. Your NTN is **100LWW9RZ.**

The Federal Bureau of Investigations (FBI) is responsible for operating NICS. Pursuant to the requirements of the Brady Act, the FBI has published implementing regulations regarding the operation of NICS, 28 Code of Federal Regulations CFR), Part 25, subpart A. These regulations, 28 CFR § 25.6 (j)(2), permit NICS to respond to inquiries by ATF in connection with a civil or criminal law enforcement activity relating to the Gun Control Act of 1968 or the National Firearms Act.

If you would like to appeal the NICS denial, you may file an appeal form electronically. The link to access the on line forms is:

*Cont.*

https://forms.fbi.gov/nics-appeal-request-form.

If you would like to contact the FBI and request the reason for your denial, you may send a written request to:

**FBI Criminal Justice Information Services Division**
**National Instant Criminal Background Check Section**
**Appeal Services Team**
**Post Office Box 4278**
**Clarksburg, West Virginia 26302-9922**

You must include your complete mailing address and your NICS Transaction Number (NTN). It is optional to provide your phone number and email address.

We trust that the foregoing has been responsive to your request. Please contact Shannon Siviero. at (304)-616-4500, if you have further questions.

Respectfully,

Shannon Siviero

Amy Stely, Chief
NFA Industry Processing Branch