ASHTON AARON COLEMAN V. UNITED STATES OF AMERICA

EXHIBIT H: FBI NICS SECTION LETTER REFUSING TO PROCESS NICS DENIAL APPEAL



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306
July 6, 2018

Mr. Ashton Aaron Coleman
3943 West Rene Drive
Chandler, AZ  85226

SUBJECT: National Firearms Act (NFA) Background Check
National Instant Criminal Background Check System (NICS) Transaction Number-100LWW9N1/100LWW9RZ

Dear Mr. Coleman:

This letter is in response to your appeal inquiry. Unfortunately, the Appeal Services Team of the FBI Criminal Justice Information Services (CJIS) Division's NICS Section does not process appeal requests for the NFA background checks.

For questions regarding your NFA background check, you may wish to call the Bureau of Alcohol, Tobacco, Firearms and Explosives at 304-616-4500. We apologize for any inconvenience this may have caused.

NICS Section
CJIS Division